## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 14-11748 MDC |
| STEPHEN W. JOHNSON | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| THE BANK OF NEW YORK MELLON F/K/A | : | |
| THE BANK OF NEW YORK AS SUCCESSOR | : | |
| IN INTEREST TO JPMORGAN CHASE BANK, | : | |
| NATIONAL ASSOCIATION, AS TRUSTEE | : | 11 U.S.C. §362 |
| FOR C-BASS MORTGAGE LOAN ASSET- | : | |
| BACKED CERTIFICATES, SERIES 2003-CB4 | : | |
| Movant | : | |
| v. | : | |
| STEPHEN W. JOHNSON | : | |
| Respondent | : | |

### MOTION FOR RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION

Movant, by its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby requests a modification of the Automatic Stay and leave to obtain a loan modification on its mortgage on real property owned by Debtor.

1. **WILLIAM C. MILLER, Esquire** was appointed the standing Chapter 13 Trustee.

2. Debtor currently has a mortgage with **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2003-CB4.** The property address is 536 BONSALL AVENUE, LANSDOWNE, PA 19050.

3. Debtor has applied for a loan modification with Movant.

4. The loan modification has been approved contingent upon Bankruptcy Court approval.

5. The terms of the modification are as follows: The new principle balance is $39,430.09, with an interest rate that starts at 5.854000091552734% effective April 1, 2018. Monthly payments of principal and interest will begin in the amount $440.30. Escrow may be added to this sum. A copy of the loan modification is attached hereto as exhibit "A".

6. Approval and recording (if applicable) of the loan modification shall not constitute a violation of the automatic stay.

7. Movant has cause to have the Automatic Stay modified as to permit Movant to complete the loan modification of the Debtors' mortgage.

8. Movant specifically requests permission from this Honorable Court to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law.

9. Rule 4001 (a)(3) should not be applicable and Movant should be allowed to immediately enforce and implement the Order granting modified Relief from the Automatic Stay for the limited purpose of completing the loan modification of the Debtors' mortgage

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a. modifying the Automatic Stay under Section 362 with respect to **536 BONSALL AVENUE, LANSDOWNE, PA 19050 for the limited purpose of completing the loan modification** (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors and assignee's, to proceed with its rights under the terms of said Mortgage for the limited purpose of completing the loan modification of the Debtors' mortgage; and

b. granting Movant permission to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law for the limited purpose of

completing the loan modification of the Debtors' mortgage; and

      c.  holding that Movant should be allowed to immediately enforce and implement the Order granting relief from the automatic for the limited purpose of completing the loan modification of the Debtors' mortgage; and

      d.  that Rule 4001(a)(3) is not applicable and **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2003-CB4** may immediately enforce and implement this Order granting limited Relief from the Automatic Stay.

    /s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com

May 31, 2018